# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KINYA BOYD

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.   2025 CW 1014

**OCTOBER 17, 2025**

---

In Re:   Kinya Boyd, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 656984.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT